# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20720
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2017

Lyle W. Cayce
Clerk

PAUL CURTIS LEGGETT,

Plaintiff-Appellant

v.

TROY L. SELMAN, Warden, Correctional Institutions Division Wynne Unit,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2440

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Paul Curtis Leggett, Texas prisoner # 1780272, appeals the district court's order denying his motions for appointment of counsel in his 42 U.S.C. § 1983 action. On appeal, Leggett briefs the merits of his § 1983 claim that his constitutional rights have been violated by the misspelling of his surname. He does not, however, address the district court's denial of his motions for appointment of counsel. Accordingly, Leggett has waived the only issue

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20720

properly before this court. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). His motions for appointment of counsel, judgment as a matter of law, summary judgment, and directed verdict, which are related to the merits of his § 1983 action, are denied.

AFFIRMED; MOTIONS DENIED.